**Opinion issued July 16, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00083-CV

_____

**REYNALDO ROBLEDO, Appellant**

**V.**

**IDALIA M. ROBLEDO, Appellee**

---

**On Appeal from the 312th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-03363**

---

## MEMORANDUM OPINION

Appellant, Reynaldo Robledo, has filed a motion to withdraw his notice of appeal, which we construe as a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant seeks dismissal of the appeal before the trial court's entry of a final judgment set for July 21, 2015, after the trial court had granted, in part and

within its plenary power, appellant's timely-filed motion for new trial, because he does not intend to appeal the new judgment. The motion contains a certificate of conference indicating that the appellee's counsel has been contacted and does not oppose this motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We construe this motion to include a motion to expedite the mandate and direct the Clerk of this Court to issue the mandate within three days of the date of this opinion. *See id.* at 18.1(c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.